[2008R00488/mhr]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 08-539 |
| | : | |
| | : | 18 U.S.C. § 922(g)(1) |
| v. | : | |
| | : | |
| | : | |
| JEFFREY SUTTON | : | I N D I C T M E N T |

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

On or about August 22, 2007, in Essex County, in the District of New Jersey, and elsewhere, the defendant,

**JEFFREY SUTTON,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year in the Superior Court of New Jersey, Essex County, did knowingly possess in and affecting commerce a firearm, namely a short-barreled 12 gauge Mossberg Shotgun bearing serial number MU85560A.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

1.  The allegations contained on page 1 of this Indictment are incorporated by reference as though set forth in full herein for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.  Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) set forth on page 1 of this Indictment, the defendant,

**JEFFREY SUTTON,**

shall forfeit to the United States any firearms and ammunition involved in or used in the commission of that offense, including the following:

> one short-barreled 12 gauge Mossberg Shotgun bearing serial number MU85560A.

All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
CHRISTOPHER J. CHRISTIE
United States Attorney

CASE NUMBER: _____

United States District Court
District of New Jersey

UNITED STATES OF AMERICA

v.

Jeffrey Sutton

INDICTMENT FOR
18 USC § 922(g)(1)

A True Bill.

CHRISTOPHER J. CHRISTIE
*U.S. ATTORNEY*
*NEWARK, NEW JERSEY*

MICHAEL H. ROBERTSON
*ASSISTANT U.S. ATTORNEY*
*(973) 645-2747*

USA-48AD 8
(Ed. 1/97)