UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | 08-cr-00539-SRC |
| JEFFREY SUTTON | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the application of Christopher J. Christie, United States Attorney for the District of New Jersey (Michael H. Robertson, Assistant U.S. Attorney, appearing), and defendant JEFFREY SUTTON (Peter M. Carter, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter; and the defendant being aware that he has the right under Title 18 United States Code, Section 3161(c) to have the matter go to trial within 70 days of the filing date of an indictment or information; and the defendant through his attorney having waived such rights and consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the defendant desire additional time to enter the plea in Court, which would thereby render trial of this matter unnecessary.

2. Defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(8)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 24 day of September 2008,

ORDERED that the proceedings in the above-captioned matter are continued for sixty (60) days from September 24, 2008 to November 24, 2008; and

IT IS FURTHER ORDERED that the period between September 24, 2008 and November 24, 2008, shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. STANLEY R. CHESLER
United States District Court Judge

Consented and Agreed to by:

_____
Peter M. Carter, Esq.
Attorney for Jeffrey Sutton

Date: _____

_____
Michael H. Robertson
Assistant United States Attorney