IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. **08-00539-001** |
| v. | |
| JEFFERY SUTTON, | BAIL ORDER |
| Defendant. | |

Jeffery Sutton, by Peter M. Carter, Assistant Federal Public Defender, comes before this Court for an order setting conditions of bail, and Assistant United States Attorney Michael Robertson appearing, consents,

IT IS on this ___3rd___ day of December, 2008,

ORDERED that the defendant shall be released on the following conditions: (1) posting of a $100,000 unsecured bond, with two co-signors approved by United States Pretrial Services, (2) the defendant shall be subject to house arrest with electronic monitoring, with the following exceptions: religious services; attorney visits, court appearances, medical appointments, and stable and stationary employment, all subject to approval by Pretrial Services, (3) travel restricted to New Jersey, and (4) the defendant is not to obtain a passport, (5) the defendant must resolve his East Orange Municipal Warrant, and (6) the defendant must maintain residence at 51 Wayne Avenue, ~~Newark~~ East Orange, New Jersey, or as approved by Pretrial Services.

_____
HONORABLE STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE