UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :
                            :
                            :   CRIMINAL NO. 08-00539
v.                          :
                            :
JEFFERY SUTTON,             :   ORDER
                            :

Jeffery Sutton, by Peter M. Carter, Assistant Federal Public Defender, comes before this Court for an order modifying the conditions of bail set by this Court, and Assistant United States Attorney Michael Robertson appearing, having no objections to this modification,

IT IS on this __10__ day of ~~July~~ August, 2009

ORDERED that the conditions of bail shall be modified to remove the condition of home detention with electronic monitoring

IT IS FURTHER ORDERED that all other conditions of bail shall remain in effect.

HONORABLE STANLEY R. CHESLER
UNITED STATES MAGISTRATE JUDGE

Seen and Agreed:

Michael Robertson, Esq.
Assistant United States Attorney

Peter M. Carter, Esq.
Assistant Federal Public Defender

~~Kenneth Rowan, PTSO~~
William Sobchik, USPSO