PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Sutton, Jeffrey**                               Docket No. **08-00539-001**

### Petition for Action on Conditions of Pretrial Release

COMES NOW PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Jeffrey Sutton**, who was placed under pretrial release supervision by the **Honorable Claire C. Cecchi** sitting in the Court at Newark, New Jersey on December 3, 2008, under the following conditions:

1.) $100,000 Unsecured Appearance Bond with two co-signors approved by the United States Pretrial Services Agency;
2.) The defendant to be subject to house arrest with electronic monitoring and is to remain at his residence at all times except for the following reasons: religious services; attorney visits, court appearances, medical appointments, and stable and stationary employment, all subject to approval by Pretrial Services;
3.) Travel restricted to New Jersey;
4.) The defendant is not to obtain a passport;
5.) The defendant must resolve his East Orange Municipal Warrant (satisfied on November 25, 2009);
6.) The defendant must maintain residence at 51 Wayne Avenue, East Orange, New Jersey, or as approved by Pretrial Services.

Subsequently, on December 3, 2008, the defendant appeared before Your Honor and plead guilty to count one of the Indictment. Sentencing is currently set for December 15, 2009.

On August 10, 2009, the defendant's bail was modified to remove the condition of home detention with electronic monitoring. It was further ordered that all other conditions remain in full force.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER a **Bail Violation Hearing at its earliest convenience.** *12/7/09 @ 12.30 p.m*

ORDER OF COURT

Considered and ordered this __2__ day of __Dec_____ 20_09_ and ordered filed and made a part of the records in the above case.

_____
Honorable Stanley R. Chesler
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __December 1, 2009__

_____
Mertice Evans
U.S. Pretrial Services Officer

_____
Sandra L. Bravo
Supervisory U.S. Pretrial Services Officer