UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA         :
                                 :
        v.                       :     CRIMINAL NO. 08-00539
                                 :
JEFFERY SUTTON.                  :
                                 :     ORDER
                                 :

With the consent of the parties, and on the recommendation of Pretrial Services, IT IS on this 14 day of December, 2009

ORDERED that the conditions of bail shall be modified to require the condition of home detention with electronic monitoring

IT IS FURTHER ORDERED that all other conditions of bail shall remain in effect.

                            HONORABLE STANLEY R. CHESLER
                            UNITED STATES DISTRICT COURT JUDGE