PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant for Offender Under Supervision

**Name of Offender:** Jeffrey Sutton  **Docket Number:** 08-00539-001
 **PACTS Number:** 52582

**Name of Sentencing Judicial Officer:** HONORABLE STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 01/08/2010

**Original Offense:** UNLAWFUL POSSESSION OF A FIREARM BY A CONVICTED FELON

**Original Sentence:** 5 years probation. Special conditions: Drug treatment, refrain from gambling, and no gang association.

**Type of Supervision:** Probation  **Date Supervision Commenced:** 01/08/10

**Assistant U.S. Attorney:** Michael Robertson, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Peter Carter, Assistant Federal Public Defender, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

## PETITIONING THE COURT

[X] To issue a warrant

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' On April 13, 2010, Orange Police charged Sutton with Distribution of Controlled Dangerous Substance and Eluding. |
| 2. | The offender has violated the supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**' On April 13, 2010, Sutton associated with persons engaged in criminal activity, specifically narcotics transactions and eluding law enforcement officers. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Thomas Stone
Senior U.S. Probation Officer
Date: 4/16/10

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] Other

Signature of Judicial Officer
4/16/2010
Date

**UNITED STATES DISTRICT COURT**
**PROBATION OFFICE**
**DISTRICT OF NEW JERSEY**

CHRISTOPHER MALONEY
CHIEF PROBATION OFFICER

WILFREDO TORRES
SENIOR DEPUTY CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICER
THOMAS C. MILLER

April 16, 2010

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

Honorable Stanley R. Chesler
United States District Judge
Martin Luther King Federal
Building & Courthouse
Post Office Box 0999
Newark, New Jersey 07102-0999

RE: SUTTON, Jeffrey
Probationer
Docket # 08-00539-001
**NOTICE OF NEW CHARGES/**
**REQUEST FOR A WARRANT**

Dear Judge Chesler:

On January 8, 2010, Your Honor sentenced the above-named offender on a charge of Unlawful Possession of a Firearm by a Convicted Felon to five (5) years probation with conditions. We write to provide notification of new criminal behavior and to allege that he is in violation of the conditions of his probation. Sutton violated the standard condition of probation which reads the defendant shall not associate with persons engaged in criminal activity. We recommend the issuance of a warrant for the arrest of Jeffrey Sutton.

On April 13, 2010, Orange, NJ, narcotics detectives observed Sutton and another person in an area known for drug sales. Police observed a hand to hand transaction between a pedestrian and occupants of the offender's vehicle. Officers then attempted to conduct a vehicle stop but Sutton drove away from the area at a high rate of speed. He ignored officer's signal to stop his vehicle and continued to sped away in a dangerous and reckless manner. Due to the unsafe conditions, officers broke off the pursuit of Sutton. They did eventually positively identify Sutton, and the vehicle he was operating. Orange police have charged Sutton with Distribution of CDS and Eluding. The offender is currently at liberty. We further note that East Orange Police will charge the offender with a separate CDS distribution charge, which reportedly occurred during the initial phase of community supervision.

Sutton, age 29, has an extensive and significant prior criminal record which includes Aggravated Assault, Eluding, and six narcotics convictions (two of these offenses involved possession of firearms). He is on state probation and has been noncompliant in that supervision term. Sutton is a danger to the community, a flight risk and he does not own real property. He faces significant prison exposure for his new offense as the Violation of Probation.

Honorable Stanley R. Chesler
Page 2
April 16, 2010

We respectfully request that Your Honor review and sign the enclosed Violation of Probation petition (Probation Form 12C). We also recommend the issuance of a warrant for the arrest of Jeffrey Sutton to ensure his appearance at Court. We are available to discuss this matter further at Your Honor's convenience. The undersigned officer may be contacted directly at 973/645-4590.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

Thomas Stone
Senior U.S. Probation Officer /
Intensive Supervision Specialist

Enclosure.