PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Jeffrey Sutton                                Cr.: 08-00539-001
                                                                PACTS #: 52582

Name of Sentencing Judicial Officer:   THE HONORABLE STANLEY R. CHESLER
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 01/08/2010

Original Offense: Unlawful Possession of a Firearm by a Convicted Felon

Original Sentence: 5 years probation

Special Conditions: Substance Abuse Testing/Treatment, refrain from gambling activities, criminal association, DNA testing, and a $100 Special Assessment.

Type of Supervision: Supervised Release               Date Supervision Commenced: 01/08/2010

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states **'You shall not commit another federal, state, or local crime.'** |
| | On November 25, 2015, the offender was arrested by officers from the East Orange Police Department after he was observed driving in a reckless manner. According to the police report, the offender was pulled over during a motor vehicle stop for driving on the wrong side of the street. During the stop, the offender exited the vehicle and fled the scene. He was charged with obstruction of the law and eluding. |
| | The offender was released on November 25, 2015, after posting a $25,000 w/10% bail. On February 18, 2016, at the East Orange Municipal Court, the charges were dismissed and the offender pled guilty to violating a local ordinance (loitering) and fined $201. |

Prob 12A – page 2
Jeffrey Sutton

U.S. Probation Officer Action:
This officer met with the offender and admonished him for his actions. We have ordered the offender to participate in our in-house Moral Reconation Therapy (MRT) class to address behavior modification. We have also increased urinalysis testing. The offender has not tested positive for the use of any drugs and is doing well in the MRT class. At this time, we ask the Court to take no action on the above charges. We will monitor the offender's activities and associations within the community, and will notify the Court of any other instances of non-compliance.

Respectfully submitted,

By: Luis R. Gonzalez
Sr. U.S. Probation Officer
Date: 05/24/2016

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

Signature of Judicial Officer
5/27/16
Date